IN RE A.R.

**[Cite as *In re A.R.,* 130 Ohio St.3d 258, 2011-Ohio-5344.]**

*Cause remanded to court of appeals for application of* State v. Williams.

(No. 2009-0189—Submitted April 21, 2009—Decided October 20, 2011.)

APPEAL from the Court of Appeals for Licking County, No. 08-CA-17,

2008-Ohio-6581.

————————————

**{¶ 1}** The cause is remanded to the court of appeals for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

————————————

Kenneth W. Oswalt, Licking County Prosecuting Attorney, and Alice L. Bond, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Brooke M. Burns, Assistant Ohio Public Defender, for appellant.

————————————